**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **TimeGate Studios, Inc.,** | § | **Case No. 13-32527 (JB)** |
| | § | |
| Debtor. | § | |

**DEBTOR'S AMENDED WITNESS AND EXHIBIT LIST
FOR HEARING ON MAY 8, 2013 AT 1:00 P.M.**

TimeGate Studios, Inc. ("TimeGate" or the "Debtor") hereby submits this Debtor's Witness and Exhibit List for Hearing on May 8, 2013 at 1:00 p.m. (the "Witness and Exhibit List"), and respectfully designates the following witnesses and exhibits:

**WITNESSES**

1.      John T. Young, Jr.

2.      Adel Chaveleh

3.      The Debtor reserves the right to call any witness designated by any other party in connection with the hearing; and

4.      Any rebuttal or impeachment witnesses.

**EXHIBITS**

| Ex. No. | Description | Mkd. | Off. | Obj. | Adm. | Date |
|---|---|---|---|---|---|---|
| 1 | Affidavit of John T. Young, Jr. in Support of First Day Pleadings [Docket No. 11] | | | | | |
| 2 | Chaveleh Credit Agreement | | | | | |
| 3 | First Amendment to Chaveleh Credit Agreement | | | | | |
| 4 | Second Amendment to Chaveleh Credit Agreement | | | | | |
| 5 | Third Amendment to the Chaveleh Credit Agreement | | | | | |
| 6 | Chaveleh Security Agreement | | | | | |

1

| Ex. No. | Description | Mkd. | Off. | Obj. | Adm. | Date |
|---|---|---|---|---|---|---|
| 7 | Baharloo Credit Agreement | | | | | |
| 8 | First Amendment to Baharloo Credit Agreement | | | | | |
| 9 | Second Amendment to Baharloo Credit Agreement | | | | | |
| 10 | Third Amendment to the Baharloo Credit Agreement | | | | | |
| 11 | Baharloo Security Agreement | | | | | |
| 12 | UCC Financing Statement | | | | | |
| 13 | Term Sheet to the DIP Motion [Docket No. 9-4] | | | | | |
| 14 | Budget – DIP Motion [Docket No. 9-3] | | | | | |
| 15 | Prepetition Employee Accrued Wages Exhibit | | | | | |
| 16 | Exhibit A to Bank Account Motion [Docket No. 7-2] | | | | | |
| 17 | Minimum Deal Terms 2/8/13 | | | | | |
| 18 | Minimum Term Sheet Dated 4/15/13 | | | | | |
| 19 | Minimum Solicitation Email and Term Sheet | | | | | |
| 20 | Minimum Solicitation List | | | | | |
| 21 | Publishing Agreement | | | | | |
| 22 | Termination Agreement | | | | | |
| 23 | Warner Bros Games Montreal Master Development Agreement | | | | | |
| 24 | Back Catalogue | | | | | |
| 25 | Bid Procedures [Docket No. 10-2] | | | | | |
| 26 | Asset Purchase Agreement [Docket No. 10-4] | | | | | |
| 27 | Minimum Fact Sheet | | | | | |
| 28 | Minimum Trailer | | | | | |
| 29 | Revised DIP Financing Term Sheet | | | | | |
| 30 | Redline of Revised DIP Term Sheet | | | | | |
| 31 | Projected DIP Budget through June 28 | | | | | |

Any exhibit relied upon or listed on an exhibit list of any party
and any pleading filed by any party

| Ex. No. | Description | Mkd. | Off. | Obj. | Adm. | Date |
|---------|-------------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Designation of any exhibit above does not waive any objections the Debtor may have to any exhibit listed on any other party's exhibit list.

Dated:  May 6, 2013                                Respectfully submitted,

                                                   **HAYNES AND BOONE, LLP**

                                                   By: */s/ Karl Burrer*
                                                   Charles A. Beckham, Jr.
                                                   Texas Bar No. 02016600
                                                   Karl Burrer
                                                   State Bar No. 24043584
                                                   Arsalan Muhammad
                                                   State Bar No. 24074771
                                                   1221 McKinney, Suite 2100
                                                   Houston, Texas 77010
                                                   Telephone: 713.547.2000
                                                   Facsimile 713.236.2600

                                                   PROPOSED COUNSEL TO TIMEGATE
                                                   STUDIOS, INC.