

ENTERED
05/09/2013

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| TimeGate Studios, Inc., | § § | Case No. 13-32527(JB) |
| Debtor. | § § | |

### ORDER CONVERTING CASE TO A CASE UNDER CHAPTER 7
*(1, 8, 9, and 10)*

The Court conducted emergency hearings on Friday, May 3, 2013 and Wednesday, May 8, 2013 to consider the Debtor's emergency "Bank Account Motion" [Doc. No. 7], the "Employee Motion" [Doc. No. 8], the "DIP Motion" [Doc. No. 9], and the "Bidding Procedures and Sale Motion" [Doc. No. 10], (collectively, the "First Day Motions") and the objection of SouthPeak Interactive Corp. ("SouthPeak") to the First Day Motions [Doc. No. 17]. Based on the testimony of witnesses and exhibits presented at the hearings, arguments of counsel and the record in this case, the Court made findings of fact and conclusions of law on the record that are incorporated herein. Based on those findings of fact and conclusions of law it is hereby

ORDERED THAT the First Day Motions are DENIED; and it is further

ORDERED THAT the above-captioned case is converted to a case under chapter 7 of the Bankruptcy Code, effective upon entry of this order on the docket of this case; and it is further

ORDERED that the debtor shall file or supplement appropriate lists, inventories, schedules and statements required by Bankruptcy Rule 1007 within seven (7) days of the entry of this Order; and it is further

OREDERED THAT the United States Trustee's office immediately appoint a Chapter 7 Trustee for the Debtor.

Dated: May 9, 2013

_____
UNITED STATES BANKRUPTCY JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

DIAMOND McCARTHY LLP

*/s/ Christopher R. Murray*
Kyung S. Lee (TBN 12128400)
Christopher R. Murray (TBN 24081057)
909 Fannin, 15th Floor
Houston, TX 77010
Tel. 713-333-5100
Fax. 713-333-5199

*Counsel to SouthPeak Interactive Corp.*

**AGREED AS TO FORM:**

| HAYNES AND BOONE, LLP | PORTER HEDGES LLP |
|---|---|
| */s/ Karl Burrer*<br>Charles A. Beckham, Jr. (TBN 02016600)<br>Karl Burrer (TBN 24043584)<br>Arsalan Muhammad (TBN 24074771)<br>1221 McKinney, Suite 2100<br>Houston, TX 77010<br>Tel. 713-547-2000<br>Fax. 713-236-2600 | */s/ Joshua Wolfshohl*<br>Joshua W. Wolfshohl (TBN 24038592)<br>Aaron J. Power (TBN 24058058)<br>1000 Main Street, 36th Floor<br>Houston, TX 77002-2764<br>Tel. 713-226-6000<br>Fax. 713-226-6295 |
| *Proposed Counsel to TimeGate Studios, Inc.* | *Counsel to Alan Chaveleh and Morteza Baharloo* |

JUDY A. ROBBINS
UNITED STATES TRUSTEE

*/s/ Christine March*
By: Christine A March, Attorney for the United States Trustee
515 Rusk, Suite 3516
Houston, TX 77002
Tel. 713-718-4650 Ex. 239
Fax. 713-718-4580