B6 Summary (Official Form 6) (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In re: **TimeGate Studios, Inc.**
Debtor(s)

Case No.: **13-32527**

Chapter No.: **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ | | |
| B - Personal Property | Yes | 28 | $ 92,813.61 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 2,303,180.88 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | $ 133,434.26 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 165,944.37 | |
| G - Executory Contracts and Unexpired Leases | Yes | 6 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 0.00 |
| TOTAL | | 51 | $ 92,814 | $ 2,602,560 | 0.00 |

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
Southern District of Texas

In re: **TimeGate Studios, Inc.**
Debtor

Case No. **13-32527**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (From Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20) | $ 0.00 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

| In re: | TimeGate Studios, Inc. | | Case No.: | 13-32527 |
|---|---|---|---|---|
| Debtor's) | Debtor(s) | | | (If known) |

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

(1) Current market value is unknown, book value as of 12/31/12

Total ▶
(Report also on Summary of Schedules)

Total Number of Sheets: 1

| In re: | TimeGate Studios, Inc. | | Case No. | 13-32527 |
|---|---|---|---|---|
| | Debtor(s) | | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| | | | | |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Acct No. XXXX XXXX 0019 Concentration Account | | $21,559.82 |
| | | Bank of America Acct No. XXXX XXXX 0035 Payroll Account | | $0.00 |
| | | Bank of America Acct No. XXXX XXXX 0022 Accounts Payable Account | | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| | | | Sub-Total | $21,559.82 |

B6B (Official Form 6B) (12/07) - Cont.

| In re: | TimeGate Studios, Inc. | | Case No. | 13-32527 |
|---|---|---|---|---|
| | Debtor(s) | | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Axis Insurance Co. - Professional Liability<br>Axis Insurance Co. - General Liability<br>Axis Insurance Co. - Technology Professional Errors and Ommission<br>Liberty Mutual Fire Insurance Co. - Property | | Unknown<br>Unknown<br>Unknown<br><br>Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Digital River, Inc.<br>Electronic Arts<br>Sony Computer Entertainment (EU)<br>Sony Computer Entertainment (USA)<br>Valve Corporation | | Unknown<br>Unknown<br>Unknown<br>Unknown<br>Unknown |

B6B (Official Form 6B) (12/07) - Cont.

In re: **TimeGate Studios, Inc.**　　　　　　　　　　　　　　Case No. **13-32527**
　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | MicroSoft Corporation | | Unknown |
| | | WB Games, Inc. | | Unknown |
| | | AR - Texas Film Commission | | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Kohan:Ahriman's Gift | | Unknown |
| | | Kohan II: Kings of War | | Unknown |
| | | Kohan: Immortal Sovereigns | | Unknown |
| | | Miminum | | Unknown |
| | | Prejudice | | Unknown |
| | | See also Exhibit B22 | | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

| In re: | TimeGate Studios, Inc. | Case No. | 13-32527 |
|---|---|---|---|
| | Debtor(s) | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Exhibit B28 | | $ 25,000 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Prepaid Operating Contracts | | $46,253.79 |

B6B (Official Form 6B) (12/07) - Cont.

| In re: | TimeGate Studios, Inc. | Case No. | 13-32527 |
|---|---|---|---|
| | Debtor(s) | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | | |
| | | continuation sheets attached | Total ▶ | $71,253.79 |

# EXHIBIT B22

22. Patents, copyrights, and other intellectual property. Give particulars.

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Apr 18 05:02:45 EDT 2013

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start] List At: [    ] OR [Jump] to record: [    ] **Record 1 out of 17**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# MINIMUM

| | |
|---|---|
| Word Mark | MINIMUM |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Computer game software |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85526881 |
| Filing Date | January 27, 2012 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | June 19, 2012 |
| Owner | (APPLICANT) TimeGate Studios, Inc. CORPORATION TEXAS 14140 Southwest Freeway, Suite 200 Sugar Land TEXAS 77478 |
| Attorney of Record | Scott Weiss |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Apr 18 05:02:45 EDT 2013

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [    ] OR [Jump] to record: [    ] Record 2 out of 17

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# TIMEGATE STUDIOS

| | |
|---|---|
| **Word Mark** | TIMEGATE STUDIOS |
| **Goods and Services** | IC 042. US 100 101. G & S: Computer software development and computer programming development for others. FIRST USE: 19980209. FIRST USE IN COMMERCE: 19980209 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85732991 |
| **Filing Date** | September 19, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 12, 2013 |
| **Owner** | (APPLICANT) TimeGate Studios, Inc. CORPORATION TEXAS 14140 Southwest Freeway, Suite 200 Sugar Land TEXAS 77478 |
| **Attorney of Record** | Scott Weiss |
| **Prior Registrations** | 3576060;3631097 |

| | |
|---|---|
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STUDIOS" APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cls.: 9, 16, 25, 41, and 42

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101, and 107

**Reg. No. 2,988,312**

**United States Patent and Trademark Office**    Registered Aug. 23, 2005

## TRADEMARK
## SERVICE MARK
### SUPPLEMENTAL REGISTER

### KOHAN

TIMEGATE STUDIOS, INC. (TEXAS CORPORATION)
14140 SOUTHWEST FREEWAY, 4TH FLOOR
SUGAR LAND, TX 77478

FOR: COMPUTER GAME SOFTWARE AND INSTRUCTION MANUALS FOR THE SOFTWARE SOLD AS A UNIT, CHARACTERS; MOTION PICTURE FILES FEATURING CHARACTERS FROM COMPUTER GAME SOFTWARE; PRERECORDED VIDEO CASSETTES FEATURING ANIMATED CARTOONS; AUDIO AND VIDEO CASSETTE RECORDINGS FEATURING CHARACTERS FROM COMPUTER GAME SOFTWARE; NAMELY, PC GAMES, CONSOLE GAMES, AND DOWNLOADABLE MULTIPLAYER INTERNET GAMES; MOUSE PADS; ELECTRONIC PUBLICATIONS, NAMELY, INSTRUCTION MANUALS FOR COMPUTER GAMES RECORDED ON COMPUTER MEDIA; VIDEO OUTPUT GAME MACHINES FOR USE WITH TELEVISIONS; VIDEOGAME CARTRIDGES; MOTION PICTURE FILMS FEATURING ANIMATED CHARACTERS; MOTION PICTURE FILES FEATURING CHARACTERS FROM COMPUTER GAME SOFTWARE; PRERECORDED VIDEO CASSETTES FEATURING ANIMATED CARTOONS; AUDIO AND VIDEO CASSETTE RECORDINGS FEATURING CHARACTERS FROM COMPUTER GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-2000; IN COMMERCE 9-0-2000.

FOR: BOOKS FEATURING CHARACTERS FROM COMPUTER GAME SOFTWARE; COMIC BOOKS; COMIC STRIPS; COMPUTER INSTRUCTION MANUALS; POSTERS; STATIONARY, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-0-2000; IN COMMERCE 9-0-2000.

FOR: CLOTHING, NAMELY MEN'S, WOMEN'S AND CHILDREN'S SLACKS, PANTS, TROUSERS, JEANS, SHORTS, OVERALLS, SHIRTS, T-SHIRTS, BLOUSES, VESTS, SKIRTS, DRESSES, JACKETS, COATS, SPORT COATS, SWEATERS, SWEATSHIRTS, SWEATPANTS, HATS, TIES, BELTS, SOCKS, SANDALS, SHOES, SNEAKERS, CAPS, SCARVES, HANDKERCHIEFS, UNDERWEAR, SWIMWEAR, NIGHTWEAR, NAMELY PAJAMAS AND NIGHTGOWNS; AND BELTS; MASQUERADE COSTUMES; FANTASY AND MEDIEVAL COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-2000; IN COMMERCE 9-0-2000.

FOR: ENTERTAINMENT SERVICES, NAMELY, THEME PARK SERVICES; ORGANIZING COMMUNITY SPORTING AND CULTURAL EVENTS; PRODUCTION OF MOTION PICTURE FILMS; ENTERTAINMENT IN THE NATURE OF GAME COMPETITIONS, NAMELY, MULTI-PLAYER GAMES AND COMPUTER COMPETITIONS AND CONTESTS VIA A GLOBAL COMPUTER NETWORK, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-0-2000; IN COMMERCE 9-0-2000.

FOR: COMPUTER GAME SOFTWARE DEVELOPMENT SERVICES FOR OTHERS; DESIGN OF COMPUTER GAMES FOR OTHERS; LICENSING OF INTELLECTUAL PROPERTY RIGHTS; COMPUTER GAME SOFTWARE PROGRAMMING FOR OTHERS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-0-2000; IN COMMERCE 10-0-2000.

OWNER OF U.S. REG. NO. 2,606,179.

SER. NO. 76-485,783, FILED P.R. 1-29-2003; AM. S.R. 6-2-2005.

TRACY CROSS, EXAMINING ATTORNEY

Int. Cls.: 9, 16, 25, 28, and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 3,644,534
Registered June 23, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# SECTION 8

TIMEGATE STUDIOS, INC. (TEXAS CORPORATION)
SUITE 400 14140 SOUTHWEST FREEWAY,
SUGAR LAND, TX 77478

FOR: COMPUTER PROGRAMS, NAMELY, GAME SOFTWARE FOR USE ON COMPUTERS AND VIDEO GAME PLAYERS; COMPUTER GAME SOFTWARE AND CHARACTERS AND INSTRUCTION MANUALS FOR THE SOFTWARE SOLD AS A UNIT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-28-2005; IN COMMERCE 1-31-2009.

FOR: PUBLICATIONS, NAMELY, STRATEGY GUIDES, USER MANUALS, COMIC BOOKS, SERIES OF FICTION BOOKS, MAGAZINES AND NEWSLETTERS ALL IN THE FIELD OF COMPUTER GAMES, SCIENCE FICTION, GAMES AND ENTERTAINMENT; POSTERS, CALENDARS, NOTEBOOKS, BOOK COVERS, STICKER BOOKS, GREETING CARDS AND NOTE CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-31-2005; IN COMMERCE 2-28-2009.

FOR: CLOTHING, NAMELY, PANTS, SHORTS, SHIRTS, T-SHIRTS, JACKETS, COATS, SWEATSHIRTS, SWEATPANTS, HATS, CAPS, SWIMWEAR, PAJAMAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-28-2009; IN COMMERCE 2-28-2009.

FOR: TOYS AND GAMES, NAMELY, ACTION FIGURES AND ACCESSORIES THEREFORE; CARD GAMES; MINIATURE DIE CAST VEHICLES; TOY AIRPLANES AND HELICOPTERS; BATTERY OPERATED REMOTE CONTROLLED TOY VEHICLES; PLUSH TOYS; HAND-HELD PUPPETS; WATER SQUIRTING TOYS; TOY PISTOLS; CHRISTMAS TREE ORNAMENTS; PINBALL AND ARCADE GAME MACHINES; HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES; MODEL CRAFT KITS OF TOY FIGURES; MANIPULATIVE PUZZLES AND CONSTRUCTION TOYS; TARGET SETS CONSISTING OF A TARGET, RUBBER SUCTION DARTS AND TOY DART GUN; AND PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-28-2009; IN COMMERCE 3-19-2009.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING AN ON-LINE COMPUTER GAME AND THEME PARK SERVICES; ENTERTAINMENT IN THE NATURE OF GAMES AND COMPETITIONS, NAMELY, MULTI-PLAYER GAMES AND COMPUTER COMPETITIONS AND CONTESTS VIA A GLOBAL COMPUTER NETWORK; PROVIDING AN ON-LINE MAGAZINE AND WEB SITE FEATURING INFORMATION IN THE FIELD OF COMPUTER GAMES, SCIENCE FICTION, GAMES AND ENTERTAINMENT; PROVIDING INFORMATION ON-LINE RELATING TO COMPUTER GAMES AND COMPUTER ENHANCEMENTS FOR GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-28-2005; IN COMMERCE 1-31-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-423,027, FILED 3-15-2008.

ROBIN CHOSID, EXAMINING ATTORNEY