THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **TimeGate Studios, Inc.** | § | Case No. 13-32527 |
| | § | (Chapter 7) |
| Debtor. | § | |

### NOTICE OF HEARING AND CERTIFICATE OF SERVICE
(Relates to Dkt. No. 156 and 159)

**NOTICE IS HEREBY GIVEN** that a hearing on the Trustee's Motion to Sell (Docket No. 156), any objections filed thereto and the Emergency Motion to Modify Bidding Procedures (Dkt. 159), which was previously set for December 13, 2013 at 1:00 p.m. (central) has been changed to **December 13, 2013 beginning at 2:00 p.m. (central)** before the Honorable Jeff Bohm, United States Bankruptcy Court Houston Division, 515 Rusk Avenue, Courtroom 600, 6th Floor, Houston, Texas 77002.

Dated: December 6, 2013.

    Respectfully submitted,

    JONES MORRIS KLEVENHAGEN, LLP
    By: /s/ Erin E. Jones
    Erin E. Jones
    Texas Bar No. 24032478
    erin@jonesmorris.com
    6363 Woodway, Suite 570
    Houston, Texas 77057
    Telephone: 713-589-5061
    Facsimile: 713-589-5513
    COUNSEL FOR THE CHAPTER 7 TRUSTEE

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served by electronic mail or by U.S. Mail, postage prepaid, on or before the 15th of November 2013 on those parties listed in the service list attached hereto or electronically by ECF/PACER to those parties registered to receive such service. The Trustee serves the foregoing Motion to the parties on the Limited Service List pursuant to the Court's Order Limiting Service (Docket No. 62) and to interested parties/bidders as set forth on the attached.

    */s/ Erin E. Jones*
    Erin E. Jones